UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDRE STEADMAN,

                        Plaintiff,

      v.                                 9:04-cv-926
                                       (TJM/RFT)

MARK DuBRAY, Officer, *et al.*,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       Plaintiff, proceeding *pro se*, commenced this action pursuant to 42 U.S.C. § 1983 against Defendants.  This case was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  Magistrate Judge Treece filed his Report-Recommendation on March 5, 2007.  Magistrate Judge Treece recommended that the action be dismissed because it could not proceed without knowing the whereabouts of Plaintiff, which is a direct result of Plaintiff's failure to notify the court of his current address.  No objections have been filed.

       After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and DISMISSES Plaintiff's complaint in its entirety.

The Clerk of the Court shall close the file in this case.

IT IS SO ORDERED.

Dated:    March 28, 2007

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge